Mitchell Miller (SBN 101109)
MILLER LAW GROUP, P.C.
260 Sheridan Ave, Suite 208
Palo Alto, CA 94306-2009
Telephone: (650) 566-2290
Facsimile: (650) 566-2298
E-mail: mmiller@millerlg.com

Attorney for Plaintiffs,
Pradip Patel, Natubhai Patel, Yogeshkumar C. Patel and
Bhanuben Y. Patel

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRADIP PATEL, an individual, NATUBHAI PATEL, an individual, YOGESHKUMAR C. PATEL, an individual, and BHANUBEN Y. PATEL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UMESH J. PATEL, an individual, SATISH J. PATEL, an individual, JAYANTIBHAI K. PATEL an individual, JASUBEN J. PATEL, an individual, AVANI A. PATEL, an individual, and UJAS HOSPITALITY, LLC, a California Limited Liability Company,<br><br>Defendants.<br>--------------------------------------------------------<br>SATISH PATEL, an individual,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UMESH PATEL, an individual,<br><br>Third Party Defendant. | Case No.: C 14-03094 LB<br><br>**STIPULATION AND ORDER TO EXTEND THE FILING DEADLINE FOR THE JOINT CASE MANAGEMENT STATEMENT FROM JANUARY 9, 2015 TO JANUARY 30, 2015 AND FOR RESCHEDULING OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, independent of their counsel have conducted settlement negotiations and seem to be nearing a global resolution of all actions in this case. Accordingly, Plaintiffs and Defendants hereby request feel that the most reasonable course of action is to extend the filing deadline for the Joint Case Management Statement and to reschedule the Case Management

Conference set for January 16, 2015, to allow the parties the opportunity to see if they can reach a global settlement of the case.

Accordingly, in the interest of judicial economy and efficient use of all parties' resources, the parties, by and through their attorneys of record, hereby stipulate to extend the filing deadline for the Joint Case Management Statement from January 9, 2015, to January 30, 2015. The parties further stipulate that the Case Management Conference be rescheduled from 8:30 a.m. on January 16, 2015, to 8:30 a.m. on February 6, 2015.

Dated: January 9, 2015                MILLER LAW GROUP, P.C.

By: _____
    MITCHELL MILLER
    Attorney for Plaintiffs

Dated: _____, 2015            EHLERS LAW CORPORATION

By: _____
    WESLEY C.J. EHLERS
    Attorney for Defendants

### ORDER

Good cause appearing therefore, the current Joint Case Management Statement filing deadline of January 9, 2015 is hereby extended to February 20, 2015, and the Case Management Conference for this matter is rescheduled from 8:30 a.m. on January 16, 2015 to 8:30 a.m. February 27, 2015. All other calendared court dates in this matter shall remain unchanged.

Dated: January 12, 2015

*IT IS SO ORDERED AS MODIFIED*
Judge Charles R. Breyer

MILLER LAW GROUP, P.C.
260 Sheridan Ave, Suite 208
Palo Alto, CA 94306
T: (650) 566-2291; F: (650) 566-2298