| | |
|---|---|
| 1 | EHLERS LAW CORPORATION |
| 2 | WESLEY C.J. EHLERS (SBN 181537) |
| | 2600 Capitol Avenue, Suite 300 |
| 3 | Sacramento, CA 95816-5930 |
| | Telephone: (916) 442-0300 |
| 4 | Facsimile: (916) 650-1039 |
| | e-mail: wes@ehlerslawcorp.com |
| 5 | e-mail: scott@ehlerslawcorp.com |

Attorneys for Defendant/Third Party Plaintiff SATISH J. PATEL, and Defendants JAYANTIBHAI K. PATEL, JASUBEN J. PATEL and UJAS HOSPITALITY, LLC

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRADIP PATEL, an individual, NATUBHAI PATEL, an individual, YOGESHKUMAR C. PATEL, an individual, and BHANUBEN Y. PATEL, an individual, | No. C 14-03094 CRB |
| Plaintiffs, | DEFENDANT/THIRD PARTY PLAINTIFF SATISH J. PATEL, AND DEFENDANTS JAYANTIBHAI K. PATEL, JASUBEN J. PATEL AND UJAS HOSPITALITY, LLC'S REQUEST FOR COUNSEL'S TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON |
| vs. | |
| UMESH J. PATEL, an individual, SATISH J. PATEL, an individual, JAYANTIBHAI K. PATEL an individual, JASUBEN J. PATEL, an individual, AVANI A. PATEL, an individual ,and UJAS HOSPITALITY, LLC, a California Limited Liability Company, | |
| Defendants. | |
| SATISH J. PATEL, an individual, | Further Case Management Conference |
| Third Party Plaintiff. | Date: 2/27/15<br>Time: 8:30 a.m.<br>Courtroom: 6 |
| vs. | |
| UMESH D. PATEL, an individual | |
| Third Party Defendant. | |

- 1 -  No. C14-3094

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1   Defendant/Third Party Plaintiff SATISH J. PATEL, and Defendants
2   JAYANTIBHAI K. PATEL, JASUBEN J. PATEL AND UJAS HOSPITALITY, LLC
3   hereby request that the Court grant permission for their counsel, Wesley C.J. Ehlers to
4   appear telephonically at the Case Management Conference currently scheduled in this
5   matter for February 20, 2015, in Courtroom 6 at 8:30 a.m. for the following reasons:

6   1.   Mr. Ehlers offices in Sacramento, California, and is currently in the midst of expert depositions and preparing for a two-week trial in another matter, scheduled to commence on March 2, 2015 in Santa Clara County Superior Court.  While the travel to San Francisco from Sacramento for a short hearing would interfere with trial preparation, (including motions in limine, jury instructions, witness list and exhibit exchange, etc, all of which are due for submission to the Santa Clara County Superior Court on February 27, 2015, the same day as the instant hearing in this matter), Mr. Ehlers will appear personally, should the Court determine it is necessary.

2.   Mr. Ehlers has informed Plaintiffs' Counsel of this request, but has not yet received a response as to whether Plaintiffs' Counsel will oppose this request (though they did not previously do so).

3.   Mr. Ehlers will make himself available at 8:30 a.m. on February 27, 2015, at his office (having the direct telephone number **(916) 442-0300**) until the Courtroom Deputy initiates the call to him.

//

1  WHEREFORE, Defendant/Third Party Plaintiff SATISH J. PATEL, and
2  Defendants JAYANTIBHAI K. PATEL, JASUBEN J. PATEL AND UJAS
3  HOSPITALITY, LLC respectfully request the Court grant permission for their counsel,
4  Wesley C.J. Ehlers, to appear telephonically at the Case Management Conference currently
5
6  scheduled in this matter on February 27, 2015, in Courtroom 6 at 8:30 a.m.
7  Respectfully submitted,
8  Dated:  February 24, 2015     EHLERS LAW CORPORATION
                                  WESLEY C.J. EHLERS
9                                 2600 Capitol Avenue, Suite 300
                                  Sacramento, CA  95816-5930
10
11
                                       /S/ *WESLEY C.J. EHLERS*
12                                  By _____
                                       WESLEY C.J. EHLERS
13                                  Attorneys for Defendant/Third Party Plaintiff
                                    SATISH J. PATEL, and Defendants
14                                  JAYANTIBHAI K. PATEL, JASUBEN J.
                                    PATEL and UJAS HOSPITALITY, LLC
15
16
17
18  IT IS SO ORDERED:
19
20  Dated: February 26, 2015
                                    _____
21                                  CHARLES R. BREYER,
                                    UNITED STATES DISTRICT  JUDGE
22
23
24
25
26
27
28