Mitchell Miller (SBN 101109)
MILLER LAW GROUP, P.C.
260 Sheridan Ave, Suite 208
Palo Alto, CA 94306-2009
Telephone: (650) 566-2290
Facsimile: (650) 566-2298
E-mail: mmiller@millerlg.com

Attorney for Plaintiffs,
Pradip Patel, Natubhai Patel, Yogeshkumar C. Patel and
Bhanuben Y. Patel

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRADIP PATEL, an individual, NATUBHAI PATEL, an individual, YOGESHKUMAR C. PATEL, an individual, and BHANUBEN Y. PATEL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UMESH J. PATEL, an individual, SATISH J. PATEL, an individual, JAYANTIBHAI K. PATEL an individual, JASUBEN J. PATEL, an individual, AVANI A. PATEL, an individual, and UJAS HOSPITALITY, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No.: 3:14-cv-03094-LB<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The Plaintiffs, through counsel, advised the Court that Plaintiffs and Defendants SATISH J. PATEL, JAYANTIBHAI K. PATEL, JASUBEN J. PATEL, and UJAS HOSPITALITY, LLC, have reached a settlement.

The Court ORDERS that Plaintiffs' complaint, as alleged against Defendants SATISH J. PATEL, JAYANTIBHAI K. PATEL, JASUBEN J. PATEL, and UJAS HOSPITALITY, LLC be DISMISSED WITH PREJUDICE. The Plaintiffs' complaint, as alleged against Defendants UMESH J. PATEL and AVANI A. PATEL was dismissed with prejudice on or about September 30, 2014, and therefore, Plaintiffs' entire complaint against all Defendants is now dismissed.

1  The Court further ORDERS that if any party certifies to this Court with proper notice to
2  opposing counsel, within 90 days from the date of this Order, that settlement has not in fact
3  occurred, this Order shall be vacated and the case shall be restored to the calendar for further
4  proceedings.

5  **IT IS SO ORDERED**

7  Dated:  March 16, 2015



MILLER LAW GROUP, P.C.
260 Sheridan Ave, Suite 208
Palo Alto, CA 94306
T: (650) 566-2291; F: (650) 566-2298